39

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

POOR QUALITY ORIGINAL

jason-richard-engle, Plaintiff, sui juris

c/o rural route: 8434 Centralia

Dearborn Heights, Michigan near [48127]

non-domestic / ZIP EXEMPT

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

v.

Judge Mark J. Plawecki, et al

Mohammed Alakoli, et al

ALTA EQUIPMENT GROUP INC. et al

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No.

25-11544

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No

*(check one)*



AUG 1 2 2025

CLERK'S OFFICE
DETROIT

# Amended Complaint for a Civil Case

MIED ⸺     Amended Complaint for a Civil Case

## I.     The Parties to This Amended Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | jason-richard-engle |
| Street Address | c/o rural route: 8434 Centralia |
| City and County | Dearborn Heights, Wayne |
| State and Zip Code | Michigan near [48127] |
| Telephone Number | 313.787.7930 |
| E-mail Address | jason.e1721@proton.me |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Judge. Mark J. Plawecki |
| Job or Title (if known) | Municipal Judge in Dearborn Heights, Michigan |
| Street Address | 25637 Michigan Ave |
| City and County | Dearborn Heights, Wayne |
| State and Zip Code | Michigan, 48125-1037 |
| Telephone Number | 313.277.7480 |
| E-mail Address (if known) | 20dcre@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Officer Floyd Bunker |
| Job or Title (if known) | Ordinance officer for 20th District Court #704 |
| Street Address | 25637 Michigan Ave |
| City and County | Deaborn Heights, Wayne |
| State and Zip Code | Michigan, 48125-1037 |
| Telephone Number | 313.277.7480 |
| E-mail Address (if known) | 20dcre@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | THE JUDICIARY COURTS OF THE STATE OF |
| Job or Title (if known) | MICHIGAN d/b/a: 20th District Court 628037434 |
| Street Address | 25637 Michigan Ave |
| City and County | Dearborn Heights, Wayne |
| State and Zip Code | Michigan, 48127 |
| Telephone Number | 313.277.7480 |
| E-mail Address (if known) | 20dcre@gmail.com |

Defendant No. 4

| | |
|---|---|
| Name | Mohammed Alakoli |
| Job or Title (if known) | CEO Palletco |
| Street Address | 27001 Trolley Industrial Dr |
| City and County | Taylor, Wayne |
| State and Zip Code | Michigan, 48180 |
| Telephone Number | 313.523.1779 |
| E-mail Address (if known) | moe@thepalletco.com |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil action under 42 USC 1983, 18 USC 241-242 and RICO coordinated retaliation, fraud, and constitutional rights violations, arising from an ongoing pattern of enterprise involving all defendants, including defense counsel Ms. Debler, whos own filings openly connect and reinforce the unlawful pattern.

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____,
   is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the amended complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the
   State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or* is incorporated under the laws of
   *(foreign nation)* _____, and has its principal place
   of business in *(name)* _____.

   *(If more than one defendant is named in the amended complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damages from Defendant's coordinated acts - including unlawful warrants, retaliation, defamation, and interference with employment - exceeded $75,000 with total losses over $1,000,000 under civil RICO.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See attached statment of claim, incorporated herein by reference, detailing the acts of each defendant and the resulting harm to Plaintiff.

MIED    Amended Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Judge Mark J. Plawecki et al. — $9,100,000 For retaliatory warrant, unlawful seizure attempts, interference with Plaintiff's service animal, and sustained constitutional violations causing loss of work, reputational harm, emotional distress, and financial loss.

2. Mohammed Alakoli et al. — $500,000
For initiating and perpetuating threats, harassment, false reports, abuse of process, libel, slander and coordination with public officials and private actors to disrupt Plaintiff's livelihood and rights.

3. Alta Equipment Group Inc. et al. — $500,000
For W-8BEN rejection, forced W-4 signing, bait-and-switch employment terms, unconstitutional at-will termination, third-party no privity of contract firing, false accusations of extortion, and inducing Plaintiff to purchase a Ford vehicle now a financial liability.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  August 11 , 20 25 .

Signature of Plaintiff     Engli: Jason - R

Printed Name of Plaintiff     Engle : Jason - R

6

MIED I     . Amended Complaint for a Civil Case

**Additional Information:**

Plawecki Group — Retaliatory warrant and abuse of judicial process (Ex. 1.1-1.11, Ex. 2.4 Ex. 3.4) deprived Plaintiff of protected rights in violation of 42 U.S.C. § 1983 and 18 U.S.C. §§ 241 — 242. Owen v. City of Independence, 445 U.S. 622 (1980) confirms municipal actors have no immunity for constitutional violations. These acts initiated the racketeering pattern under 18 U.S.C. § 1962(c).

Mohammed Alakoli et al. committed mail fraud by sending a fraudulent discovery letter (exhibit 5.1) and a cordinated process server to aggressively bang on the door on two consecutive days first being March 18, - coinciding with Plaintiff's "mandated court appearance ordered by Plawecki, threats, harassment, Including but not limited to openly suggesting the murder of a licensed service dog (multiple times) in a menacing and threatening manner, false reports (Ex. 2.1 FOIA record and Exhibit 3.1 police report filed), causing tangible business/property injury and furthering the same enterprise. Beck v. Prupis, 529 U.S. 494 (2000) establishes civil RICO liability for overt acts in furtherance of a conspiracy.

Alta Group — Alta's rejection of Plaintiff's W-8BEN, forced W-4 signing, bait-and-switch pay, and third-party termination via attorney Thomas J. Cedoz (UPS delivery, Ex. 20) constitute retaliatory deprivation of rights under 42 U.S.C. § 1983 and predicate acts under 18 U.S.C. § 1961(1). Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978) confirms liability where policies cause constitutional injury.

Debler Link — Defendant's Counsel Debler's filings reveal deference to Cedozs at-will and termination methods, reinforcing Alta's role in the enterprise and showing coordinated action across all defendant groups to punish Plaintiff for protected activities.

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF MICHIGAN**</u>
<u>**SOUTHERN DIVISION**</u>
<u>**Case No. 25-11544**</u>

Hon. Robert J. White

jason-richard-engle,
Plaintiff,

Hon.  Elizabeth A. Stafford

-vs-

MARK J. PLAWECKI, FLOYD BUNKER, and THE 20TH DISTRICT COURT,
Defendants:

_____/


**STATEMENT OF CLAIM CONTINUED:**

**Introduction: Overview of Enterprise Pattern**

This action arises from a coordinated, continuous, and ongoing pattern of racketeering activity, constitutional violations, and retaliatory acts perpetrated by three interconnected groups: (1) municipal/judicial defendants led by Judge Mark J. Plawecki; (2) private actors Mohammed Alakoli and associated parties; and (3) corporate defendants Alta Equipment Company and affiliated officers. The defendants' conduct demonstrates a shared objective — to deprive Plaintiff of rights secured under the U.S. Constitution and federal law, to damage his livelihood, and to obstruct justice — constituting an enterprise within the meaning of 18 U.S.C. § 1961(4). New to the case is Ms. Debler's open worship of Mr. Cedoz's termination letter (Ex. 24D) a wholly unjust act that binds the municipal and corporate defendants into a coordinated pattern of racketeering activity within a single RICO enterprise.

**Section I: Municipal Defendants – Plawecki et al.**

Defendant Mark J. Plawecki, acting under color of state law and in concert with the 20th District Court and Ordinance Officer Floyd Bunker, issued an unprecedented retaliatory tickets (Exhibit 1.1 and 1.2) and retaliatory warrant against Plaintiff (Ex. 2.1, p. 5), despite Plaintiff's perfect prior record and full compliance with court demands (Ex. 3.1–3.5).This warrant was timed to harm Plaintiff's driving-dependent employment, satisfying elements of 42 U.S.C. § 1983 (deprivation of rights), 18 U.S.C. §§ 241, 242 (conspiracy and deprivation under color of law), and 18 U.S.C. § 1513 (retaliation against a witness/victim). Also attached (Exhibit 2.1 pg 5) which demonstrates Bunker's internal log *"2-12-25 phone call compliant that the dog was in the front yard this morning off leash"* [sic, complaint]. This was one day after the Plaintiff's email to the 20th district court explaining the situation, this email was responded to by an agent who requested a case number, however at the time of the email no case number would exist until the following day according to Mr. Bunker's internal log. This first ticket would be mailed and Plaintiff would not even be told that there was a "call in complaint", this renders the ticket as a retaliatory action and direct response to Plaintiff's good faith email. A later ticket would be

1

mailed to the Plaintiff's parent's home address dated 3/27/2025 written by Floyd Bunker but it says "Director Lefeve" in the remarks section. There is no clear reason why this second ticket was even written and mailed, again to my parent's home address. The charges on this ticket would be "Animal License" and "Attached to Collar" over a month after the first ticket was issued for February 10th. Neither of these dates corresponds with the alleged incident. Finally see exhibit 1.1, this would show a letter from Katie E. Shaw and a returned check for $450, the dollar amount that I was told I was owed after a phone call to the 20th District court. As this had become a major interference in Plaintiff's life, it was being paid for out of convenience to make it go away. If MP doesn't want Plaintiff's money, why has he sent the Plaintiff's parents countless court summons, notices and warrants.

Flagship case: Monell v. Dept. of Soc. Servs., 436 U.S. 658 (1978) — holding municipalities liable under § 1983 for policies/customs causing constitutional injury.
Predicate acts: mail fraud (18 U.S.C. § 1341) via court-issued process used to further retaliatory scheme.

### Section II: Private Actor Defendants – Mohammed Alakoli et al.

Defendant Mohammed Alakoli, acting with his private attorney Hussein B. Sobh Esq. and the Blumberg law firm, initiated false reports and a false "discovery" letter (Ex. 5.1) as part of his harassment campaign. Along with the fraudulent discovery letter designed to coincide with my Dearborn Heights "mandatory court date" around March 18th 2025 - Alakoli and Sobh coordinated a process server to aggressively approach Plaintiff's dwelling on two consecutive days (March 18–19, 2025) (Exhibit 5.4, doorbell camera footage and 5.5 suspected process server's license plate number) the first date coinciding with Plaintiff's first court appearance imposed by Plawecki demonstrating the frivolous discovery letter alone bonds an undeniable linkage between the private and municipal groups formulating an enterprise.
Flagship case: Dennis v. Sparks, 449 U.S. 24 (1980) — private parties jointly engaged with state actors may be held liable under § 1983. Predicate acts: mail fraud (18 U.S.C. § 1341), witness retaliation (18 U.S.C. § 1513), and conspiracy against rights (18 U.S.C. § 241).
Also attached are Exhibit 2.1 pg 16, an accidental and very minor cut on the finger of Ms. Alakoli. The picture is expanded at least 5 times so the cut can simply be seen.

### Section III: Corporate Defendants – Alta Equipment Company (NYSE: ALTG) et al.

Alta Equipment Company, a publicly traded corporation (NYSE: ALTG), through officers Jason Rafalski and Dwayne Starnes, engaged in bait-and-switch employment practices (Ex. 22), forced Plaintiff to sign an incorrect W-4, rejected his lawful W-8BEN filing, and terminated Plaintiff via an unlawful and retaliatory letter from a third party private counsel Thomas J. Cedoz (Ex. 22B). The termination was coordinated with municipal defendants' retaliatory actions and directly referenced in litigation by Margaret T. Debler, who praised Cedoz's termination letter — thereby evidencing enterprise-level cooperation across the three groups.
Flagship case: Reves v. Ernst & Young, 507 U.S. 170 (1993) — RICO applies to those managing enterprise affairs indirectly.

2

Predicate acts: wire fraud (18 U.S.C. § 1343) via electronic false statements regarding employment/tax status, retaliation against a witness/victim (18 U.S.C. § 1513), and deprivation of rights under color of law (42 U.S.C. § 1983).

**Section IV: Enterprise Linkage & Debler's Role**

Defense counsel Margaret T. Debler, representing municipal defendants, amplified and legitimized Cedoz's unlawful termination letter, thereby linking Alta's private retaliatory acts with the municipal enterprise. This cross-pollination of tactics and mutual reinforcement satisfies the continuity and relatedness requirements for a RICO "enterprise" under H.J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229 (1989).

In her opposition filing (ECF No. 37), Margaret T. Debler describes the Cedoz termination letter as "an appropriate corporate communication" and "wholly justified" in the circumstances, despite its facially retaliatory nature and its misrepresentation of lawful protected activity as "extortion" – The absurdity of Ms Debler's framing is underscored by the fact that it is legally and logically impossible for an individual – particularly a self-represented litigant and admitted C student who has never attended law school – to extort a publicly traded corporation valued in the hundreds of millions of dollars. This link formally and officially connects the RICO enterprise.

Yet in the same filing, Debler fails entirely to deny the existence of the unlawful bench warrant issued by Judge Plawecki — the issuing of the wholly unjust and retaliatory warrant documented being ordered by Plawecki in Exhibit 2.3 pg. 2, *"4-1-25 Not Present Default...MP"* also just below *"Request for bench warrant...MP"* and Exhibit 31 is one of two isolated warrants that were sent to my parent's home around 4/1/2025 among a barrage of summons from February to exactly the time Plaintiff filed this civil case (End of May). also see Exhibit 1.4 pg. 1-13 to view 13 court orders, summons and warrants to appear in his court for a manufactured and coordinated assault. Plaintiff would also like to quote the notes written on the physical warrant:

*"To avoid being embarrassment of being arrested by a uniformed officer you must respond immediately"* also down below *"Be advised that a warrant has been issued for your arrest. You must surrender yourself to the 20th District Court Monday-Friday at 9am"*

This is a blatant and direct retaliation as MP knew Plaintiff was concerned about losing his job over the issuance of MP's wholly unjust warrant(s) as expressed in multiple of the Plaintiff's correspondences (see Exhibits 1.6 – 1.11).
Plaintiff directly questioned Debler regarding the warrant(s) on multiple occasions, and her refusal to answer constitutes tacit admission of its existence and its retaliatory purpose.

By openly endorsing Cedoz's unlawful tactics while tacitly admitting to the retaliatory warrant, Debler has **joined municipal actors and private enterprise defendants into a single racketeering enterprise under 18 U.S.C. § 1962**, committing predicate acts of mail fraud, deprivation of rights under 18 U.S.C. §§ 241–242, and civil rights violations actionable under 18 U.S.C. § 241-242, and civil rights violations under 42 U.S.C. § 1983.

3

**Section V. Damages & Relief**
As a direct and proximate result of the defendants' coordinated acts, Plaintiff suffered:

- Economic loss exceeding $10,100,000 across the three groups (Plawecki et al.: $9.1M; Alta et al.: $500K; Alakoli et al.: $500K).
- Loss of employment and future earning capacity.
- Damage to reputation and credit.
- Emotional distress and loss of personal security.

Without Recourse, Without Prejudice, ARR

Respectfully Submitted,

By: _____          Date: 8/11/25

Engle: Jason-R, Plaintiff, sui juris
Private Citizen / Michigan National
Non-Resident per 26 CFR § 1.871-1
Non-Citizen National per 8 U.S.C. § 1101(a)(22)(B)
Jason.e1721@proton.me
313.787.7930

4

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION
## Case No. 25-11544

Hon. Robert J. White

jason-richard-engle,
Plaintiff,

Hon.  Elizabeth A. Stafford

-vs-

MARK J. PLAWECKI, FLOYD BUNKER, and THE 20TH DISTRICT COURT,
Defendants:

_____/


## ADDITIONAL PARTIES ADDED TO AMENDED COMPLAINT

All American Pallet Co. (Palletco)
27001 Trolley Industrial Dr
Taylor, Wayne
Michigan, 48180
313-291-1779
moe@thepalletco.com
**Sued in entity capacity and through its principals, including Mohammed Alakoli, personally
and professionally**
Registered Mail Tracking No.: RF 523 122 519 US

Hussein B. Sobh, Esq.
Attorney @ Gary R. Blumberg P.C.
22016 Ford Rd
Dearborn Heights, Wayne
Michigan, 48127
313-230-1121
**Sued individually and in his professional capacity as attorney**
Registered Mail Tracking No.: RF 523 122 522 US

Gary R. Blumberg P.C. (Entity)
22016 Ford Rd
Dearborn Heights, Wayne
Michigan, 48127
313-230-1121
**Sued as corporate entity and through its principals personally and professionally**
Registered Mail Tracking No.: RF 523 122 522 US (same envelope as Hussein B. Sobh, Esq.)

Jason Rafalski
ALTA EQUIPMENT GROUP INC.
13211 Merriman Rd
Livonia, Wayne
Michigan, 48150
**Sued individually and in his professional capacity as agent of ALTA**
Registered Mail Tracking No.: RE 019 856 007 US

Dwayne Starnes
ALTA EQUIPMENT GROUP INC.
13211 Merriman Rd
Livonia, Wayne
Michigan, 48150
**Sued individually and in his professional capacity as agent of ALTA**
Registered Mail Tracking No.: RE 019 856 007 US (same envelope as Jason Rafalski)

ALTA EQUIPMENT GROUP INC. (Entity)
13211 Merriman Rd
Livonia, Wayne
Michigan, 48150
**Sued as corporate entity and through its officers personally and professionally**
Registered Mail Tracking No.: RE 019 856 007 US (same envelope as Jason Rafalski and
Dwayne Starnes)

Thomas J. Cedoz
Husch Blackwell LLP
28175 Haggerty Rd, Suite 110
Novi, Michigan 48377
**Sued individually and in his professional capacity as attorney**
Registered Mail Tracking No.: RE 019 856 015 US

Husch Blackwell LLP (Entity)
28175 Haggerty Rd, Suite 110
Novi, Michigan 48377
**Sued as corporate entity and through its principals personally and professionally**
Registered Mail Tracking No.: RE 019 856 015 US (same envelope as Thomas J. Cedoz)



*Ex. 1J*

THE TWENTIETH JUDICIAL ·:· DISTRICT OF MICHIGAN

**DEARBORN HEIGHTS**

25637 MICHIGAN AVE.
DEARBORN HEIGHTS, MICHIGAN 48125
(313) 277-7480

MICHELLE ADKINS
COURT ADMINISTRATOR

YVONNA CHARLIE ABRAHAM
MAGISTRATE

MONA M. FADLALLAH
MAGISTRATE

MARK J. PLAWECKI
DAVID D. TURFE
DISTRICT JUDGES

March 2, 2025

Jason Richard Engle
8434 Centralia
Dearborn Heights, MI 48127

 **RE: X041472A,B,C**

Dear Mr. Engle:

Enclosed herewith please find your check that you put in our drop box along with the copy of your ticket that you enclosed. As you can see at the bottom of your ticket, it says "the court will notify you". Therefore, that means that these citations are not payable. You have a mandatory formal hearing scheduled for March 18, 2025.

It will be at the formal hearing that you are told if you owe something and what that amount will be. Any questions, please feel free to contact me at 313-277-7229.

Sincerely,

Katie E. Shaw,
Deputy Court Administrator

3842

Rick or Marilyn E. Engle

March 5, 25

Pay to: 20th District Court      $450.00

four hundred fifty and No/100 —————— Dollars

**JPMORGAN CHASE BANK, N.A.**
FORD ROAD-OUTER DRIVE OFFICE
DEARBORN HEIGHTS, MICHIGAN 48127
www.chase.com

Marilyn Engle

Jason Engle

Scanned with CamScanner

Ex 1.2

**State of Michigan**
**Uniform Law Citation**

X041472

E25-00810

The People of the State of Michigan

Township ☒ City ☐ Village ☐ County

**DEARBORN HEIGHTS**

2 1985   11   11 4 80

E 504 823 738 868

UK MIDTOUR BLD

JASON RICHARD ENGLE

8434 CENTRALIA

DBN HGTS   MI   48127

THE PERSON NAMED ABOVE

ON OR NEAR   8434 CENTRALIA

☒ CITY   ☐ VILLAGE   ☐ TOWNSHIP OF DEARBORN HEIGHTS

COUNTY OF WAYNE

DID THE FOLLOWING

| Type | | | Description | Charge No |
|---|---|---|---|---|
| | | 6-164 | VISIOUS ANIMAL DOG ATTACK | |
| | | 6-94 | DOG AT LARGE | |
| | | 6-181 | ANIMAL | |

TO THE COURT

Offense Code(s)   6-164   6-94   6-181

PURSUANT TO LOCAL ORDINANCE

the 20th DISTRICT

(313) 277 7485

Court of **DEARBORN HEIGHTS**
25637 Michigan Avenue
Dearborn Heights, MI 48125
(Hrs 9 am to 5 pm M-F)

I declare under the penalties of perjury that the statements above are true to the best of my information and belief.

2 17 15

FLOYD BUNKER   704

8234400 DEARBORN HEIGHTS PD

JC 01a Rev '021

**COURT COPY 1**

X041472

Ex 1.3



2, 1 pg 5

## Animal Control-License Enforcement | E2025-00810

### Property Information

| 33 007 01 0176 002 | 8434 CENTRALIA | Subdivision: | | |
|---|---|---|---|---|
| | DEARBORN HEIGHTS MI, 48127 | Lot: | 0176 | Block: |

### ...ne Information

| Owner: | ENGLE, RICKY & MARILYN | Phone: |
|---|---|---|
| Occupant: | | Phone: |
| Filer: | | Phone: |

### Enforcement Information

| Date Filed: | 02/10/2025 | Date Closed: | 02/17/2025 | Status: | Ticket Issued |
|---|---|---|---|---|---|

**Complaint:**

02/10/2025 stemming from PD dog bite report 25-2985, the german shepherd here does not have a city dog license.
PD report scanned in & attached.

2-10-25 home quarantine dropped off, dog owner was very dismissive and angry, claimed to be not a US citizen, and wont be here when paper work needs to be picked up. stated he will not sign anything

2-12-25 phone call compliant that the dog was in the front yard this morning off leash      *This is not true.*

2-13-25 ticket written

2/17/2025 ticket x41472 was issued for vicious dog attack/dog at large/animal license

3/27/2025 ticket issued by order of Director Lafeve X041524 ticket was issued for animal license/attached to collar ticket was also mailed to Jason Engle 8434 Centralia Dearborn Heights I 48127

| Last Action Date: | | Last Inspection: | 02/17/2025 |
|---|---|---|---|

Last Action:

---

### ...llow-Up Inspection | Floyd Bunker

| ...atus: | Completed | Result: | Complied |
|---|---|---|---|
| Scheduled: | 04/21/2025 | Completed: | 02/17/2025 |

---

### Follow-Up Inspection | Floyd Bunker

| Status: | Completed | Result: | Violation(s) |
|---|---|---|---|
| Scheduled: | 02/17/2025 | Completed: | 02/12/2025 |

**Violations:**

Corrected      Sec. 6-94  Running at large and animals on a leash

Unlawful for any dog or animal, except when on a leash, or when adequately controlled by the owner or his or her agent, to use or be upon any public area, or on the private property of any individual without the property owner's, or his or her agent's consent, in the city

INSPECTOR COMMENTS: 02/10/2025 stemming from PD dog bite report 25-2985, the german shepherd here does not have a city dog license.
PD report scanned in & attached.

2-10-25 home quarantine dropped off, dog owner was very dismissive and angry, claimed to be not a US citizen, and wont be here when paper work needs to be picked up. stated he will not sign anything

2-12-25 phone call compliant that the dog was in the front yard this morning off leash      *False*

---

### ...llow-Up Inspection | Floyd Bunker

| ...atus: | Completed | Result: | Violation(s) | |
|---|---|---|---|---|
| Scheduled: | 02/17/2025 | Completed: | 02/13/2025 | 2.5 |

**Violations:**      5

Scanned with
 CamScanner



20TH DISTRICT COURT
25637 MICHIGAN AVE. DEARBORN HTS., MI 48125

FIRST-CLASS MAIL
U.S. POSTAGE PAID
SOUTHFIELD, MI.
PERMIT #49

Exhibit
1.4 pg 9

JASON RICHARD ENGLE
8434 CENTRALIA
DEARBORN HEIGHTS MI 48127

X041472A-ON/E25-0081

48i27$ii18 C064

---

Case No. __X041472A-ON/E25-0081__

**STATE OF MICHIGAN**
20TH DISTRICT COURT

WARRANT
**COURT NOTICE**

Court address: __25637 MICHIGAN AVE. DEARBORN HTS., MI 48125__  Telephone: __(313) 277-7480__

Date: __04/03/2025__

TO AVOID EMBARRASSMENT OF BEING
ARRESTED BY A UNIFORMED OFFICER
YOU MUST RESPOND IMMEDIATELY

THE COURT HAS ISSUED A WARRANT FOR YOUR ARREST.

BE ADVISED THAT A WARRANT HAS BEEN ISSUED FOR YOUR ARREST.
YOU MUST SURRENDER YOURSELF TO THE 20TH DISTRICT COURT
MONDAY THRU FRIDAY AT 9:00 A.M.
FAILURE TO APPEAR WITHIN 48 HOURS MAY RESULT IN AN ARREST.
ANY BOND POSTED WILL FORFEIT WITHIN 28 DAYS.  IF YOU HAVE
ANY QUESTIONS, CONTACT THE COURT AT (313) 277-7480.

*Exhibit 2.3 (2)*

# TICKET (Multiple Violations)Enforcement | E2025-00964

## Property Information

33 007 01 0176 002     8434 CENTRALIA          Subdivision:

                       DEARBORN HEIGHTS MI, 48127   Lot:        0176    Block:

## Name Information

Owner:     ENGLE, RICKY & MARILYN          Phone:

Occupant:                                  Phone:       *Not Plaintiff*

Filer:                                     Phone:

## Enforcement Information

Date Filed:  02/17/2025     Date Closed:              Status:

Complaint:
      ticket x41472 was issued for vicious animal attack/dog at large/animal license

      2-17-25 ticket mailed

      3-4-25 no resolution yet

      3-17-25 court follow up, no further reports on c, no lic on file

      3-18-25 Plawecki/Farinha...Not Present     *I have been in communication with*
      Default...MP                               *the zon district regarding this matter since*
                                                 *2/11/2025*
      3-27-25 second ticket written    x041524

      3-31-25 2nd ticket mailed

      3-31-25 court follow up, no further reports on c, no lic on file

      4-1-25 Plawecki/Farinha... Not Present
      Request for bench warrant...MP

Last Action Date:              Last Inspection:    03/31/2025

Last Action:

## Follow-Up  Inspection | Floyd Bunker

Status:      Completed               Result:      Violation(s)

Scheduled:   05/27/2025              Completed:   03/31/2025

**Violations:**

Uncorrected          Sec. 6-94  Running at large and animals on a leash

Unlawful for any dog or animal, except when on a leash, or when adequately controlled by the owner or his or her agent, to
use or be upon any public area, or on the private property of any individual without the property owner's, or his or her
agent's consent, in the city

INSPECTOR COMMENTS:  ticket x41472 was issued for vicious animal attack/dog at large/animal license

2-17-25 ticket mailed

3-4-25 no resolution yet

3-17-25 court follow up, no further reports on c, no lic on file          2.3

3-18-25 Plawecki/Farinha...Not Present
Default...MP

3-27-25 second ticket written   x041524

*Ex 3.4*



# City of Dearborn Heights
6045 FENTON • DEARBORN HEIGHTS, MICHIGAN 48127

**Lynne M. Senia**
CITY CLERK

LICENSE NUMBER:   D0001105
DATE SOLD:    04/03/2025

Animal License:    2025

THIS LICENSE EXPIRES ON
03/02/2026

RECEIVED OF:        ENGLE, JASON
TELEPHONE..:        (313) 926-7858
ADDRESS....:        8434 CENTRALIA
                    DEARBORN HEIGHTS, MI 48127

THE SUM OF.:          8.00

**A $10 LATE FEE WILL BE ASSESSED FOR RENEWALS AFTER FEBRUARY 28.**

The above amount due for this LICENSE for one animal herinafter described, which upon
compliance with the Animal Law of 1919 and all Amendments thereto, you are authorized
to keep without further payment until this license expires. State law requires all
dogs 4 months old or over to have a license.

Animal Information:

Animal Name..:    HOGAN          Age....:    5Yr 9Mo

Animal Type..:    GER.SHEP       Sex....:     DOG NEUTERED

Description.:     BLACK          Rabies Expiration::  03/07/2027

ENGLE, JASON

8434 CENTRALIA

*Lynne M. Senia*
Lynne M. Senia, City Clerk

Ex 5.1



# GARY R. BLUMBERG, P.C.
### ATTORNEY-AT-LAW

GARY R. BLUMBERG
rblumberg@blumberg.com

SANDI ODISHO
sodisho@blumberg.com

HUSSEIN ROSH
hrosh@blumberg.com

25016 Ford Road
Dearborn Heights, Michigan 48124

Phone: (313) 230-1122
Fax: (313) 662-7022

March 12, 2025

**VIA CERTIFIED AND FIRST CLASS MAIL**

Jason Richard Engle
8434 Centralia
Dearborn Heights, MI 48127

**Re:   Our Client:  Aliaa Sajed Alakoli**
   **Dog Bite Incident/Date of Loss: On or About January 8, 2025**

Dear Mr. Engle

Please be advised that I have been retained by Aliaa Sajed Alakoli in an action against you for personal injuries sustained as a result of a January 8, 2025 dog bite incident. All further communications on this matter should be directed to my attention.

Ms. Alakoli hereby notifies Jason Richard Engle (Engle) to preserve all electronically stored information, copies and backup, as defined by Rule 34 of the Federal Rules of Civil Procedure, along with any paper files which you may maintain, relevant to this dispute. Ms. Alakoli will be seeking in discovery electronic data in your custody and control that is relevant to this action, including without limitation emails and other information contained on your telephone and computer systems and any electronic storage systems. Ms. Alakoli considers this electronic data and paper files to be valuable and irreplaceable sources of discoverable information in this matter. Ms. Alakoli places Jason Richard Engle on notice to preserve all documents regarding Ms. Alakoli's dog bite incident. In addition, Ms. Alakoli places Jason Richard Engle on notice not to allow the deletion of any electronic communications, such as emails, relating to Ms. Alakoli or the dog bite incident. Moreover, no electronic data should have been disposed of or destroyed. We further trust that Jason Richard Engle will continue to preserve such electronic data and paper files throughout this litigation.

Further, be advised an attorney's lien is claimed on any and all amounts recovered on behalf of my client and all payments, including payments for medical providers are to be forwarded to my attention for distribution to the providers.

22 (B)

# HUSCH BLACKWELL

**Thomas J. Cedoz**
Partner

Direct: 414.978.5379
Fax: 414.223.5000
tom.cedoz@huschblackwell.com

July 21, 2025

**VIA EMAIL**

Jason R. Engle
8434 Centralia
Dearborn Heights, Michigan 48127
E-Mail: Jason.e1721@proton.me

      Re:    Termination of Employment

Dear Mr. Engle:

My firm represents Alta Enterprises, LLC (the "Company"). This letter serves as formal notice that your employment will terminate effective immediately.

As an at-will employee, your employment may be terminated at any time, with or without cause or notice. That said, the basis for this termination is your submission of false or invalid tax withholding documents, which constitutes serious misconduct in violation of federal law and Company policies. Specifically:

- On or about February 18, 2025, you submitted a revised Form W-4 claiming exemption from federal income tax withholding without a valid legal basis, as required under 26 U.S.C. § 3402 and applicable IRS regulations.

- On or about July 5, 2025, you submitted a Form W-8BEN, falsely asserting non-resident alien status and claiming to be a "Private Citizen/State National Non-Resident," despite being a U.S. citizen. This form is inapplicable to U.S. citizens under 26 U.S.C. § 1441 and IRS guidelines, rendering your submission invalid and improper.

The Company properly rejected these submissions in compliance with its legal obligations as an employer. Your actions exposed the Company to potential regulatory scrutiny and disrupted normal payroll operations.

1/2

Husch Blackwell LLP

22 (A)

# HUSCH BLACKWELL

Jason R. Engle
July 21, 2025
Page 2

Your letter dated July 16, 2025, demanding $150,000 under threat of litigation and criminal complaints is extortionate. Alta investigated your claims and found them baseless. To that end, Alta's Chief Legal Officer, Jeff Hoover, has attempted to contact you on multiple occasions, and you have not responded. Alta does not monitor personal devices and rightly rejected your fraudulent tax forms. But because you have insisted on Alta withholding taxes as a "Private Citizen/State National Non-Resident," it must terminate your employment.

Please return all Company property, including, but not limited to, keys, access cards, equipment, and confidential materials, to my attention by close of business on July 22, 2025. You will receive a label to mail all Company property back to the Company. Failure to do so may result in legal action.

Your final paycheck, including payment for all accrued but unused wages and any other compensation owed under applicable law, will be issued in accordance with Michigan law and Company policy. Information regarding the continuation of benefits, if applicable, will be provided separately.

If you have any questions about this termination or your final compensation, please direct them to me. The Company reserves all rights and remedies available under law.

Regards,

HUSCH BLACKWELL LLP

Thomas J. Cedoz

2/2

Ex 225

Inbox | jason.e1721@pm.me | Proton Mail

**From:** HR <hr@altaequipment.com>
**Sent:** Tuesday, March 11, 2025 7:32 AM
**To:** Jason Engle <jason.engle@altg.com>
**Cc:** HR <hr@altg.com>
**Subject:** Re: [#INC-455560] W8 Ben Form

Hi Jason,

Dayforce does not support W8 BEN's, therefore I spoke with Jason Rafalski and our legal counsel, I and they have advised that you must complete a W4 claiming "exempt" if you do not wish for taxes to be withheld. I will put a copy of this form in your employee file. Sorry for the delay in getting back with you. I have attached a copy of the how to guide to change your W4.

On Mon, Feb 10 7:15 AM , Jason <jason.engle@altg.com> wrote:

The only option in there is a w4, and there are other tax forms besides the W4.

Are you saying that you will only accept the W4?

Thanks,

Jason



**JASON ENGLE**

**RENTAL ACCOUNT MANAGER**

3283 S. Dort Hwy

**UP**TIME MATTERS

Burton,MI 48529

313-622-4883

Mobile: 313-622-4883

jason.engle@altg.com

www.altg.com

*"Fostering Customers for Life"*

**From:** HR <hr@altaequipment.com>
**Sent:** Wednesday, February 5, 2025 2:59 PM
**To:** Jason Engle <jason.engle@altg.com>
**Cc:** HR <hr@altg.com>
**Subject:** Re: [#INC-455560] W8 Ben Form

Hi Jason,

You will need to go into Dayforce and update your W4.  We can't do that for you.

On Wed, Feb 5 8:32 AM , Jason  <jason.engle@altg.com> wrote:

Hi,

7/8/25, 5:37 PM

Inbox | jason.e1721@pm.me | Proton Mail

See attached W8 BEN form for my tax records. My legal status is no longer that of a US Citizen but is now of a State National or "state citizen" as per my passport id.

Please file in place of the current form w4 or w9 (neither of which apply to me).

Thank you,

Jason

**ALTA EQUIPMENT COMPANY**

UP**TIME** MATTERS

**JASON ENGLE**

**RENTAL ACCOUNT MANAGER**

3283 S. Dort Hwy

Burton, MI 48529

313-622-4883

Mobile: 313-622-4883

jason.engle@altg.com

www.altg.com

"Fostering Customers for Life"

**493.33 KB**   1 file attached   1 embedded image

image001.png 142.37 KB    Ceridian How to Update Tax Form.pdf 350.96 KB

I hereby certify that on 4/17/25
this; the bound attached
affidavit and or document
was acknowledged and,
RECEIVED of Electronic
response.

X Jason Engl
X Jason Engel

Witness: _Dicky W Engle_
Witness: _Marilyn Engle_

**Fwd: Pet Quarantine**

Jason Engle

jason.e1721@proton.me 🔒

Date: On Fri, Feb 21, 2025 at 3:34 P.M

---------- Forwarded message ---------
From: **Jason Engle** <jengle11@gmail.com>
Date: Tue, Feb 11, 2025 at 12:42 PM
Subject: Pet Quarantine
To: 20dc.civil@gmail.com <20dc.civil@gmail.com>

Hello,
My name is Jason Engle and recently I had a visit from an F. Bonker regarding my German Shepherd dog named Hogan. I'm looking over this paperwork and it says that my dog bit the woman next door, when that is not what happened.
This is being portrayed as a vicious dog attack and it was nowhere near that.
I do take the responsibility for my dog going up to her, its not characteristic of him to do such a thing but he thought she was my mom and he was going up to her in a friendly non malicious way.
I did witness this event along with the woman and nobody else did. I feel like there is a misrepresentation with the word "bite" as he did not bite her. Had my german shepard actually bit her she'd be without a finger or with more damage than a scrape or minor cut she sustained. She stuck her hand out at his mouth, to either hit him, pet him or push him away. In doing so she grazed her finger on his tooth, she has admitted to sticking her hands in his face.
If he had clamped down there would be bite marks on two sides of her finger.
I did apologize profusely to her as that should not have happened.
As the only other witness to this occurrence I did want to say my side of what happened.
Her cut came from a direct result of pushing her hand into my dog's face/mouth. Then the front of his face and his tooth grazed her, she then turned her back to the animal and started running in circles in the street.
Nothing further happened at this point as I was able to get him by the collar and take him inside.
She was offered compensation for any medical bills plus $500 for whatever damages they are claiming my animal caused.
I just wanted it to be known, that wasn't even a nip but a scrape, and if you need proof please check with the complaining party and find out the extent of her injuries.

1.5

1/2

2/22/25, 4:34 PM

Pet Qua___e - jengle11@gmail.com - Gmail

≡   **M** Gmail

Mail

Chat

Meet

Compose

Inbox          74

Snoozed

Important

Sent

Drafts         296

Categories

Social         62

Updates        188

Forums         3

Promotions     1,231

More

Labels

Q   case nu

✕        ⇅

⊡

**Civil Division**
to me

Active ⌄

Feb 13, 2025, 2:16 PM (9 days ago)

Please reply to:  **20th District Court** <20dcre@gmail.com>

———— Forwarded message ————
From: **20th District Court** <20dcre@gmail.com>
Date: Thu, Feb 13, 2025 at 1:52 PM
Subject: Re: Pet Quarantine
To: Civil Division <20dc.civil@gmail.com>

If you received an ordinance ticket from the ordinance department what is the case number listed?

On Tue, Feb 11, 2025 at 1:22 PM Civil Division <20dc.civil@gmail.com> wrote:

–
20th District Court

2/2

Complaint to DHPD
By Marily & Rick Engle
Over neighbors Conduct

Exhibits: 2:25 11544

**FOR THE RECORD**

Saturday, February 8, 2025 approximately 12:00 pm

- Our son's dog quickly jumped out of vehicle to greet, which he initially thought was me. The day before I was on the street in front of our house 8434 Centralia St. and he saw me.

- He runs up to neighbor lady ( Aliia Alakoli) who lives at 8444 Centralia St. and at that time a slight accident occurred. It was said it was a vicious bite When, in fact, it was an accident and certainly not vicious. She put her hand in the dogs face. He was running up in a friendly manner. NO VICIOUS ATTACK occurred. He didn't clamp down on her finger or hand. The dog was excited had its mouth open as they do when walking/running. She got fearful and the dogs tooth hit her finger. That was not a vicious attack. I saw her injury which was a small cut on inside of her middle finger at bottom near hand. Neighbor (Mohammed Alakoli - husband of Aliia) filed a police report.

The above is what led up to the following:

My concern is what the neighbor (Mohammed Alakoli) said to me and what he did. Listed are comments made to me, (Marilyn Engle):

1.) "Get rid of your dog or I'll call the police and I'll give you 1 hour". I did respond saying " I can't do that. I felt this was a threat.

NOTE: We all apologized over and over and offered medical and other compensation.

2.). He said "I'll KILL that dog if I have to".

3.). He said "COME ON, it's just a dog, get rid of it. Once they taste blood, they want more.

4.). Approximately 6:00 pm that same evening, February 8, 2025, Mohammad came to our home only to BANG on our front door and front window and was looking in. My husband (Rick Engle) did not want to answer, as Mo was very angry, but when he started banging on window, he opened the door for fear he would break the window. My husband gave him the rabies certificate, which a picture was taken of it. My husband told him about his banging on door and window and also how he didn't speak well to me earlier in the day. He admitted he didn't. After that, both were yelling and I told my husband to come in and close door. He left our property.

We felt this was harassment. We were always amicable neighbors for about 8 years. In my opinion, what Mohammed did, since he is the human, was much worse than what dog did.



**POLICE**
City of Dearborn Heights
25637 Michigan Ave.
Dearborn Heights, MI 48125
(313) 277-6770
Records (313) 277-7471

A. KOKOIY
Officer

3.1

Badge # 264    Case # 25-5892





PLAINTIFF'S EXHIBIT
#3 (complaint)

1/1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### Case No. 2:25 – 11544

Hon. Robert J. White

jason-richard-engle, Plaintiff, sui juris
Private Citizen / Michigan National
Non-Resident per 26 CFR § 1.871-1
Non-Citizen National per 8 U.S.C. § 1101(a)(22)(B)

To ALTA EQUIPMENT GROUP INC
Attn: Jason Rafalski and Jeff Hoover
13211 Merriman Rd
Livonia, MI 48150-1826
d-u-n-s: 117017675

RE: EXHIBIT '    ) – FEE SCHEDULE: ALTA EQUIPMENT COMPANY

Registered Mail: RF 620 747 805 US                    Date: 7/23/25

Alta Equipment Company is a named party to retaliatory termination, coercion under color of
law, data misuse, and conspiracy to violate civil rights. Plaintiff was terminated following federal
court filings and after submission of corrected tax status documentation, including a W-8BEN
declaration, which was ignored. Alta's agent(s), including Jason Rafalski and Jeff Hoover,
escalated actions culminating in a defamatory and hostile letter from Thomas J. Cedoz, acting as
external counsel violating privity of contract. These actions give rise to constitutional violations
but not limited to under 42 U.S.C. §§ 1983 and 1985, and criminal conspiracy under 18 U.S.C.
§§ 241–242.

Damages Claimed:

| Category | Amount |
|---|---|
| Retaliatory Termination After Federal Filings | $150,000 |
| Violation of IRS Status and Disregard of Lawful Declarations | $100,000 |
| Use of Private Counsel to Enforce At-Will Retaliation | $75,000 |
| Daily Constitutional Harm & Injury to Federal Rights | $250 / day |

1/2

Exhibit 21 E

I demand immediate retraction of your claims, formal apology, and full disclosure of who authorized your communication, under what authority, and whether Alta HR validated your position or delivery methods.

Should no resolution be provided **within 10 days**, I reserve the right to amend my federal complaint to include Husch Blackwell LLP and yourself, individually, as co-conspirators to civil rights violations, in violation of but not limited to, **42 U.S.C. § 1985(2) and (3)** and added as defendants in the federal case captioned above and the company you claim to represent, including individuals like Jason Raflaski and Jeffery Hoover in a retaliatory conspiracy **18 USC 241-242, 42 USC 1983, Title VII and constitutional due process**, as well as contract and speech protections.

To avoid litigation please See fee schedule and provide lawful relief in the amount of **$175,000** dollars into the account number listed below.

e Bank:
Routing Number – ⁻79
Account Number – ⁻ ⁻ .

Accordingly, this filing invokes the jurisdiction and protection of the federal judiciary, which is bound by **Article VI to uphold federal supremacy over any conflicting state employment doctrines or retaliatory procedures** cloaked in "at will" terminology.

*This communication is made solely in the undersigned's private and individual capacity as a harmed party in a federal proceeding (case no. 25-11544). No legal representation of others is asserted or implied.*

Kindest Regards,

Without Recourse, Without Prejudice, ARR

By: _Jason R Engle_         Date: _7/21/25_

jason-richard-engle, Plaintiff, sui juris

Jason R. Engle
Private Citizen / Michigan National
Non-Resident per 26 CFR § 1.871-1
Non-Citizen National per 8 U.S.C. § 1101(a)(22)(B)

2/2

Exhibit 21 (A)

## EXHIBIT 21(A) – FEE SCHEDULE: HUSCH BLACKWELL LLP AND THOMAS J. CEDOZ

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

Case No. 2:25-cv-11544
Hon. Robert J. White

Plaintiff: Jason Engle, sui juris, Michigan National

Defendants: Husch Blackwell LLP (Law Firm) and Thomas J. Cedoz (Attorney)

Basis for Fee Schedule:

Husch Blackwell LLP and its agent Thomas J. Cedoz are named as parties to acts of retaliation, libel, defamation, and the assertion of false legal claims under color of law. Cedoz issued a frivolous termination letter to Plaintiff's home address falsely accusing Plaintiff of 'extortion' while acting on behalf of a publicly traded company, Alta Equipment Company. Jeff Cedoz's actions represent participation in a broader conspiracy to violate civil rights under 42 U.S.C. §§ 1983, 1985 and 18 U.S.C. §§ 241–242.

Damages Claimed:

| Category | Amount |
|---|---|
| Libelous Accusation and Retaliatory Letter (Cedoz) | $350,000 |
| Color of Law & Collusion with Public Entity Against Private Citizen | $500,000 |
| Ongoing Injury to Reputation and Rights (Daily Harm) | $1,000 / day |
| Total Damages for Suit if Unremedied | $1,500,000 |
| Conditional Remedy if Settled Immediately | $175,000 |

Case 2:25-cv-11544-RJW-EAS ECF No. 57, PageID.850 Filed 08/12/25 Page 36 of 39
Case 2:25-cv-11544-RJW-EAS ECF No. 37-2, PageID.514 Filed 07/25/25 Page 14 of 15

Exhibit H

I demand immediate retraction of your claims, formal apology, and full disclosure of who authorized your communication, under what authority, and whether Alta HR validated your position or delivery methods.

Should no resolution be provided **within 10 days**, I reserve the right to amend my federal complaint to include Husch Blackwell LLP and yourself, individually, as co-conspirators to civil rights violations, in violation of but not limited to, **42 U.S.C. § 1985(2) and (3) and added as** defendants in the federal case captioned above and the company you claim to represent, including individuals like Jason Raflaski and Jeffery Hoover in a retaliatory conspiracy **18 USC 241-242, 42 USC 1983, Title VII and constitutional due process,** as well as contract and speech protections.

To avoid litigation please See fee schedule and provide lawful relief in the amount of **$175,000** dollars into the account number listed below.

> e Bank:
> Routing Number – C
> Account Number –                   )1

Accordingly, this filing invokes the jurisdiction and protection of the federal judiciary, which is bound by **Article VI to uphold federal supremacy over any conflicting state employment doctrines or retaliatory procedures** cloaked in "at will" terminology.

*This communication is made solely in the undersigned's private and individual capacity as a harmed party in a federal proceeding (case no. 25-11544). No legal representation of others is asserted or implied.*

Kindest Regards,

Without Recourse, Without Prejudice, ARR

By: _Jason r engl_                    Date: _7/21/25_

jason-richard-engle, Plaintiff, sui juris

Jason R. Engle
Private Citizen / Michigan National
Non-Resident per 26 CFR § 1.871-1
Non-Citizen National per 8 U.S.C. § 1101(a)(22)(B)

2/2

*2ᴋ 13*

*21*

## UNITED STATES COURT EASTERN DISTRICT OF MICHIGAN

Case No. 25-11544

jason richard. Engle, Plaintiff , sui juris
Plaintiff

Hon. Robert J. White
Hon. Elizabeth A. Stafford

To:
Margaret T. Debler, Esq, Plawecki et al
Rosati Schultz Joppich & Amtsbuechler
27555 Executive Dr, suite 250
Farmington Hills, MI 48331

## Exhibit 13: Updated Fee Schedule For Plawecki et al

**Exhibit 13: Fee Schedule for Damages Resulting from Unlawful Retaliation and Ongoing Harm**

| Category of Harm / Violation | Amount Claimed |
| --- | --- |
| Ongoing constitutional violations (1st, 4th, 5th, 14th Amendments) by Judge Plawecki and agents under color of law | $2,000,000 |
| Emotional distress, humiliation, reputational damage, mental duress | $1,250,000 |
| Abuse of process, malicious prosecution, retaliatory ticketing, false warrant, unlawful detention | $1,500,000 |
| Retaliatory termination from employment (loss of income, 401(k), stock, health coverage, opportunities) | $1,000,000 |
| Destruction of professional credibility, career setback, blacklisting effect | $850,000 |
| Loss of private contractual rights and forced submission under "color of law" | $500,000 |
| Damages related to seizure and threat against licensed service animal | $500,000 |
| Time, legal costs, and pro se labor defending against fraudulent process | $300,000 |
| Future economic loss, inability to return to field due to ongoing retaliation | $500,000 |
| Punitive damages (intentional harm, repeated violations, demonstrated malice) | $400,000 |

**Total Damages Claimed: $8,800,000.00**

*2/3*

This fee schedule is hereby filed under Federal Rules of Civil Procedure 8 and 15(d), 42 U.S.C. § 1983, and other applicable statutes.

It may be amended or supplemented as further damages accrue.

All rights reserved under UCC 1-308.

Without Recourse, Without Prejudice, ARR

Respectfully submitted,

By: _jason engl_                                      Date: 7/25/25

jason-richard-engle, Plaintiff, sui juris
c/o rural route 8434 Centralia
Dearborn heights, Michigan
jason.e1721@proton.me
313.787.7930

3/3

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
jason-richard-engle

## DEFENDANTS
Plawecki et al, Mohammed Alakoli et al, Jason Rafalski et al

**(b)** County of Residence of First Listed Plaintiff **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Margaret T. Debler, Thomas J Cedoz, Hussein B. Sobh Esq.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine / | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | |
| | ☐ 362 Personal Injury - / ☐ 385 Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice / Product Liability | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | Employment / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | Other / ☐ 550 Civil Rights | | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The Constitution of the United States of America
Brief description of cause:
State and private actors engaging in open RICO enterprise patterns, violations of rights under the color of law.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
$10.1 million dollars

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Robert J. White
DOCKET NUMBER   25-11544

DATE
8/11/2025

SIGNATURE OF ATTORNEY OF RECORD
*Engle: [signature]*

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |